NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

SUNIL CHANDRA KATIAL, *Petitioner*.

No. 1 CA-CR 18-0071 PRPC
FILED 6-14-2018

Appeal from the Superior Court in Maricopa County
No. CR2012-048184-001
The Honorable John R. Ditsworth, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Law Offices of Robert J. McWhirter
By Robert J. McWhirter
*Counsel for Petitioner*

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

---

## MEMORANDUM DECISION

Presiding Judge Jon W. Thompson, Judge Peter B. Swann, and Judge James P. Beene delivered the decision of the Court.

---

**P E R   C U R I U M**:

**¶1**		Petitioner Sunil Chandra Katial seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is the petitioner's third successive petition.

**¶2**		Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**		We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not shown an abuse of discretion.

**¶4**		Accordingly, we grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA